UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

GROVE COLLABORATIVE, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/18/2020_

20 Civ. 7684 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 21, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by November 16, 2020. ECF No. 6 ¶¶ 4–5. That submission is now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **November 19, 2020**.

    SO ORDERED.

Dated: November 18, 2020
       New York, New York

                                        ANALISA TORRES
                                     United States District Judge